IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-484-AP**

**LISSETTE RODRIGUEZ,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Motion to Remand (doc. #13), filed September 18, 2006. This Court has reviewed the file and considered the motion. No response is requested. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

**FURTHER ORDERED** that this matter shall be assigned to a different ALJ than the one who originally heard this case.

Dated: September 19, 2006

BY THE COURT:

s/John L. Kane
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT