# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **1:06-cv-00484-AP**

**LISSETTE RODRIGUEZ,**

                                         Plaintiff,

v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

                                         Defendant.

## ORDER FOR EAJA ATTORNEY FEES

Plaintiff has submitted a Stipulated Motion for Attorney Fees Under EAJA (doc. #18) and supporting Exhibits on December 26, 2006. The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of $3,154.00, to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 27th day of December, 2006.

                                         BY THE COURT:

                                         *S/John L. Kane*
                                         THE HONORABLE JOHN L. KANE
                                         United States District Court Judge